**Order entered November 5, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00800-CV

### SUSAN E. HARRIMAN, Appellant

### V.

### MILDRED V. EHRENBERG, ET AL., Appellees

**On Appeal from the 162nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-15-11994**

## ORDER

Before the Court is appellant's November 1, 2018 motion for an extension of time to file

a reply brief. We **GRANT** the motion and extend the time to **November 8, 2018**.

/s/ ADA BROWN
JUSTICE